*People v Delfaus* ([appeal No. 1] 249 AD2d 963 [decided herewith]). (Appeal from Judgment of Monroe County Court, Smith, J.— Felony Driving While Intoxicated.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE H. DELFAUS, Appellant. (Appeal No. 3.) [671 NYS2d 369] —Judgment unanimously affirmed. Same Memorandum as in *People v Delfaus* ([appeal No. 1] 249 AD2d 963 [decided herewith]). (Appeal from Judgment of Monroe County Court, Smith, J.— Criminal Possession Forged Instrument, 2nd Degree.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Balio, JJ.